**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**RAVIAH STEPHENS,**

**Plaintiff,**

**v.** **Case No. 26-C-607**

**EQUIFAX INFORMATION SERVICES LLC,**

**Defendant.**

---

**ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS**

---

Plaintiff Raviah Stephens, proceeding *pro se*, brought this action against Defendant Equifax Information Services LLC on April 9, 2026. On September 14, 2026, the parties notified the Court that they were engaged in settlement discussions. The Court ordered that the parties file a motion to dismiss or stipulation of dismissal within sixty days. On November 2, 2026, Plaintiff filed a motion to voluntarily dismiss the case with prejudice. Plaintiff's Motion to Dismiss (Dkt. No. 25) is **GRANTED**, and the case is dismissed with prejudice. Each party is to bear its own fees and costs, except as otherwise provided in the Settlement Agreement.

**SO ORDERED** at Green Bay, Wisconsin this 4th day of November, 2026.

William C. Griesbach
United States District Judge