# United States District Court
EASTERN DISTRICT OF WISCONSIN

**RAVIAH STEPHENS,**

**Plaintiff,**

**v.**

**EQUIFAX INFORMATION SERVICES LLC,**

**Defendant.**

**JUDGMENT IN A CIVIL CASE**
**Case No. 26-C-607**

---

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed with prejudice. Each party is to bear its own fees and costs, except as otherwise provided in the Settlement Agreement.

Dated: November 6, 2026

LINDA M. KLEMM
CLERK OF COURT

s/ Mara VandenHeuvel
(By) Deputy Clerk